1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11   WILLIAM J. WHITSITT,

12              Plaintiff,              No. 2:13-cv-0117 MCE AC PS

13        vs.

14   HEDY HOLMES STAFFING SERV.,
     *et al.*,
15              Defendant.              ORDER

16   _____/

17        Plaintiff is proceeding in this action pro se.  Plaintiff seeks relief pursuant to and

18   has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This

19   proceeding was referred to this court by Local Rule 302(c)(21).

20        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is

21   unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in

22   forma pauperis will be granted.  28 U.S.C. § 1915(a).

23        The determination that plaintiff may proceed in forma pauperis does not complete

24   the required inquiry.  Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case

25   at any time if it determines the allegation of poverty is untrue, or the action is frivolous or

26   malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against

an immune defendant.  The court cannot make this determination on the present record.

Therefore, the court reserves decision on these issues until the record is sufficiently developed.

The complaint states a cognizable claim for relief against defendants Hedy Holmes Staffing

Services, Kathleen (Manager / Staffing Specialist at Hedy Holmes Tracy Office), Modular

Mobile, Mike Sansome, and San Joaquin County Worknet.

           In accordance with the above, IT IS HEREBY ORDERED that:

           1.  Plaintiff's request to proceed in forma pauperis is granted;

           2.  The Clerk of the Court shall send plaintiff 5 USM-285 forms, one summons,

an instruction sheet and a copy of the complaint filed January 22, 2013.

           3.  Within thirty days from the date of this order, plaintiff shall complete the

attached Notice of Submission of Documents and submit the completed Notice to the United

States Marshal with the following documents:

                a.  One completed summons;

                b.  One completed USM-285 form for each defendant named in the

                complaint; and

                c. 6 copies of the endorsed complaint filed January 22, 2013.

           4.  Delivery to the United States Marshal shall be either by personal delivery or

by mail to: United States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel.

916-930-2030).

           5.  Within ten (10) days after submitting the required materials to the United

States Marshals Service, plaintiff shall file with this court a declaration stating the date on which

he submitted the required documents to the United States Marshal.  Failure to file the declaration

in a timely manner may result in an order imposing appropriate sanctions.

           6.  Plaintiff need not attempt service on defendants and need not request waiver of

service.  Upon receipt of plaintiff's declaration, the court will direct the United States Marshal to

serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without

1  prepayment of costs.

2          7.  The Clerk of the Court is directed to serve a copy of this order on the United

3  States Marshal.

4          8.  Failure to comply with this order may result in a recommendation that this

5  action be dismissed.

6  DATED: May 6, 2013.

7

8  _____
   ALLISON CLAIRE
9  UNITED STATES MAGISTRATE JUDGE

10

11

12  /mb;whit0528.ifp.grant.nos.2

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

9  **WILLIAM J. WHITSITT,**                          )
                          Plaintiff,                 ) Case No.:2:13-cv-0117 MCE AC PS
10                                                   )
                                                     )
11  vs.                                              )
                                                     )
12  HEDY HOLMES STAFFING SERV., et al,)
                                                     )
13                          Defendant.               )
   _____ )

14

15                                          NOTICE OF SUBMISSION OF
                                            DOCUMENTS

16
17
18
19      Plaintiff hereby submits the following documents in compliance

20  with the court's order filed _____:

21      _____      completed summons form

22      _____      completed USM-285 forms

23      _____      copies of the _____
                                  Complaint/Amended Complaint
24

25  DATED:

26
                    _____
27                  Plaintiff

28

1