IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

      Plaintiff,                      No. 2:13-cv-0117 MCE AC PS

    vs.

HEDY HOLMES STAFFING SERV., *et al.*,

      Defendant.                   <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se. Plaintiff seeks relief pursuant to and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The determination that plaintiff may proceed in forma pauperis does not complete the required inquiry. Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines the allegation of poverty is untrue, or the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against

an immune defendant. The court cannot make this determination on the present record. Therefore, the court reserves decision on these issues until the record is sufficiently developed. The complaint states a cognizable claim for relief against defendants Hedy Holmes Staffing Services, Kathleen (Manager / Staffing Specialist at Hedy Holmes Tracy Office), Modular Mobile, Mike Sansome, and San Joaquin County Worknet.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis is granted;

2. The Clerk of the Court shall send plaintiff 5 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed January 22, 2013.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the United States Marshal with the following documents:

   a. One completed summons;

   b. One completed USM-285 form for each defendant named in the complaint; and

   c. 6 copies of the endorsed complaint filed January 22, 2013.

4. Delivery to the United States Marshal shall be either by personal delivery or by mail to: United States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).

5. Within ten (10) days after submitting the required materials to the United States Marshals Service, plaintiff shall file with this court a declaration stating the date on which he submitted the required documents to the United States Marshal. Failure to file the declaration in a timely manner may result in an order imposing appropriate sanctions.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of plaintiff's declaration, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without

prepayment of costs.

7. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

8. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: May 6, 2013.

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;whit0528.ifp.grant.nos.2

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WILLIAM J. WHITSITT,** | ) Case No.:2:13-cv-0117 MCE AC PS |
| Plaintiff, | ) |
| vs. | ) |
| HEDY HOLMES STAFFING SERV., et al, | ) |
| Defendant. | ) |

NOTICE OF SUBMISSION OF DOCUMENTS

   Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

   _____   completed summons form

   _____   completed USM-285 forms

   _____   copies of the _____
                    Complaint/Amended Complaint

DATED:

                                        _____
                                        Plaintiff

1