1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM J. WHITSITT,                          No.  2:13-cv-0117 MCE AC PS

12                  Plaintiff,

13         v.                                       FINDINGS & RECOMMENDATIONS

14   HEDY HOLMES STAFFING SERVICES,
     et al.,
15
                    Defendants.
16

17

18
            By an order filed May 6, 2013, this court ordered plaintiff to complete and return
19
     to the United States Marshal's Office, within thirty days, the USM-285 forms which are required
20
     to effect service on the defendants.  That thirty day period has since passed, and plaintiff has not
21
     responded in any way to the court's order.
22
            IT IS HEREBY RECOMMENDED that this action be dismissed without
23
     prejudice.  See Fed. R. Civ. P. 41(b).
24
            These findings and recommendations are submitted to the United States District
25
     Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
26
     days after being served with these findings and recommendations, any party may file written
27
     objections with the court and serve a copy on all parties.  Such a document should be captioned
28

                                                    1

1    "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

2    objections shall be filed and served within fourteen days after service of the objections.   The

3    parties are advised that failure to file objections within the specified time may waive the right to

4    appeal the District Court's order.  <u>Martinez v.</u> Ylst, 951 F.2d 1153 (9th Cir. 1991).

5    DATED:  June 13, 2013

6                                                        ALLISON CLAIRE

7                                                        UNITED STATES MAGISTRATE JUDGE

8

9    /mb;whit0117.fusm

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2