UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>           Plaintiff,<br><br>    v.<br><br>HEDY HOLMES STAFFING SERVICES, et al.,<br><br>           Defendants. | No.  2:13-cv-0117 MCE AC PS<br><br><br>FINDINGS & RECOMMENDATIONS |

By an order filed May 6, 2013, this court ordered plaintiff to complete and return to the United States Marshal's Office, within thirty days, the USM-285 forms which are required to effect service on the defendants.  That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
2  objections shall be filed and served within fourteen days after service of the objections.   The
3  parties are advised that failure to file objections within the specified time may waive the right to
4  appeal the District Court's order.  <u>Martinez v.</u> Ylst, 951 F.2d 1153 (9th Cir. 1991).

5  DATED:  June 13, 2013

                                               /s/ Allison Claire
                                               ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE

9  /mb;whit0117.fusm