UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEDY HOLMES STAFFING SERVS., ET AL.,<br><br>　　　　Defendants. | No.  2:13-cv-0117-MCE-AC<br><br><br>ORDER |

In its September 2, 2014, order to show cause, ECF No. 26, the court neglected to ensure the service of defendant Hedy Holmes Staffing Services, who has yet to appear in this case. Accordingly, the Clerk of the Court is hereby directed to serve the court's September 9, 2014, order to show cause upon Hedy Holmes Staffing Services using both last known addresses: 3031 W March Lane, Suite 110, Stockton, California 95219; and 4747 Feather River Drive, Stockton, California 95206.  ECF No. 23.

DATED: September 24, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1