UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEDY HOLMES STAFFING SERVS., et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-00117-MCE-AC<br><br><br>ORDER |

In light of the court's December 5, 2014, order granting defendant's motion to dismiss, ECF No. 36, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Federal Rules of Civil Procedure, the Local Rules of Practice, and the court's October 7, 2014, findings and recommendations. See ECF No. 33;

2. The amended complaint must bear the docket number assigned to this case and must be labeled "First Amended Complaint;"

3. Plaintiff must file an original and two copies of the amended complaint; and

////

////

1

4.      Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

DATED: December 5, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE