UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>HEDY HOLMES STAFFING SERVICES, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-00117-MCE-AC<br><br><br>ORDER |

　　　　This matter is before the undersigned pursuant to Local Rule 302(c)(21). On December 5, 2014, the court dismissed plaintiff's complaint with leave to amend as to some claims and without leave to amend as to others. ECF No. 36. On December 8, 2014, the undersigned ordered plaintiff to file a first amended complaint within thirty (30) days. ECF No. 37. On December 31, 2014, plaintiff requested a 30-day extension of that deadline. ECF No. 38. On January 7, 2015, the court granted plaintiff's request, while warning him that failure to file a timely amended complaint may result in the dismissal of this action in accordance with Local Rule 110. ECF No. 39. On February 19, 2015, plaintiff filed a "motion for leave to file a first amended complaint," which the court construes as a request for a ten-day extension of time due to illness. ECF No. 40. Good cause appearing therefor, the request will be granted, however, plaintiff is warned that this is the last extension he will receive to file his amended complaint.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 40) is granted; and

2. Plaintiff shall file a first amended complaint within ten (10) days of the date of service of this order.

DATED: February 26, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE