UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT, | No. 2:13-cv-00117-MCE-AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| HEDY HOLMES STAFFING SERVICES, et al., | |
| Defendants. | |

This matter is before the undersigned pursuant to Local Rule 302(c)(21). Plaintiff's first amended complaint ("FAC"), filed on March 10, 2015, includes claims against defendants for violation of the Age Discrimination in Employment Act ("ADEA"), California's Fair Employment and Housing Act ("FEHA"), "the common law right to contract," retaliation, and intentional infliction of emotional distress. ECF No. 42.

On March 27, 2015, defendants filed a motion to dismiss plaintiff's FAC, with a hearing scheduled for May 20, 2015. ECF No. 43. On May 14, 2015, the court continued the hearing via minute order to June 10, 2015, because plaintiff had failed to file a timely opposition or notice of non-opposition in violation of Local Rule 230(c). ECF No. 45. The court also warned plaintiff that a second failure to comply with Local Rule 230(c) would result in the issuance of an order to show cause for failure to prosecute. Id. The court continued its hearing again to June 17, 2015,

four days later. ECF No. 46.  Plaintiff has yet to file an opposition to defendants' motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff shall show cause in writing within fourteen (14) days of the date of this order why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute; and
2. The court's June 17, 2015, hearing on defendants' motion to dismiss is VACATED.

DATED: June 10, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2